**ORIGINAL**

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorney for Plaintiff
   J & J Sports Productions, Inc.
7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF DELAWARE

9                                              07-439

10 J & J Sports Productions, Inc.,          Case No. _____

11          Plaintiff,                      CERTIFICATION AS TO
                                            INTERESTED PARTIES
12      vs.

13
   Jeffrey Dale Sorrels, individually and d/b/a
14 Gator's Bar & Restaurant; and First State
   Dining, Corp., an unknown business entity
15 d/b/a Gator's Bar & Restaurant,

16
            Defendants.
17

18      The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that
19 the following listed parties have a direct, pecuniary interest in the outcome of this case. These
20 representations are made to enable the Court to evaluate possible disqualification or recusal.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2007 JUL 13 AM 9:36
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PARTIES**

*Plaintiff*, J & J Sports Productions, Inc.

Attorneys for Plaintiff, J & J Sports Productions, Inc.
Thomas P. Riley, Esquire
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
(626) 799-9797

*Defendant*, Jeffrey Dale Sorrels, individually and d/b/a Gator's Bar & Restaurant

519 E. Basin Road
New Castle, DE 19720

*Defendant*, First State Dining, Corp., an unknown business entity d/b/a Gator's Bar & Restaurant

519 E. Basin Road
New Castle, DE 19720

Dated: July 12, 2007

LAW OFFICE OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

///
///
///
///
///