UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>Plaintiff,<br><br>vs.<br><br>**Jeffrey Dale Sorrels, individually and d/b/a Gator's Bar & Restaurant; and First State Dining, Corp., an unknown business entity d/b/a Gator's Bar & Restaurant,**<br><br>Defendants. | Case No. 1:07-cv-00439-JJF |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Charles J. Brown, III and Harvey, Pennington Ltd.; hereby enter their appearance pursuant to F.R.C.P. 5, on behalf of Plaintiff, J&J Sports Productions, Inc.

Respectfully Submitted,

Dated: September 4, 2007   By:   */s/ Charles J. Brown, III*
Charles J. Brown, III (# 3368)
Harvey, Pennington Ltd.
913 North Market Street, Suite 702
Wilmington, Delaware, 19801
(302) 428-0719 Telephone
(302) 428-0734 Facsimile
cbrown@harvpenn.com and

*Counsel to J&J Sports Productions, Inc.*

721105_1