AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

J & J Sports Productions, Inc.

V.

Jeffrey Dale Sorrels, individually
and d/b/a Gator's Bar & Restaurant;
and First State Dining Corp.
d/b/a Gator's Bar & Restaurant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-CV-00439-JJF

TO: (Name and address of Defendant)

Jeffrey Dale Sorrels
519 E. Basin Road
New Castle, DE  19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Brown, III, Esq. (No. 3368)
Harvey, Pennington Ltd.
913 Market Street, Suite 702
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                         SEP - 5 2007
CLERK                                                       DATE

_Evette Wala_ (signature)
(By) DEPUTY CLERK

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>9/12/2007 @ 3:10 p.m. |
| NAME OF SERVER *(PRINT)*<br>**James F. Pietschmann** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]  Served personally upon the defendant by serving **Jeffrey Dale Sorrels, personally,*SERVED AT: 24 Maple Drive, Pennsville, NJ 8070**

**50, M, W, 5'5", 160 pounds, gray hair, no glasses**

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/13/2007
                    Date

*James F. Pietschmann* (signature)
James F. Pietschmann

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                      District of          Delaware

J & J Sports Productions, Inc.

V.

**SUMMONS IN A CIVIL CASE**

Jeffrey Dale Sorrels, individually
and d/b/a Gator's Bar & Restaurant;
and First State Dining Corp.
d/b/a Gator's Bar & Restaurant.

CASE NUMBER: 07-CV-00439-JJF

TO: (Name and address of Defendant)

    First State Dining Corp.
    519 E. Basin Road
    New Castle, DE   19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Charles J. Brown, III, Esq. (No. 3368)
    Harvey, Pennington Ltd.
    913 Market Street, Suite 702
    Wilmington, DE   19801

an answer to the complaint which is served on you with this summons, within   twenty   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

_Euette Watson_
(By) DEPUTY CLERK

DATE  SEP - 5 2007

AO 440   (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>9/12/2007 @ 3:10 p.m. |
| NAME OF SERVER *(PRINT)*<br>**James F. Pietschmann** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]   Served personally upon the defendant by serving **Jeffrey Dale Sorrels, personally,*SERVED AT:   24 Maple Drive, Pennsville, NJ 8070**

**50, M, W, 5'5", 160 pounds, gray hair, no glasses**

[ ]   Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]   Returned unexecuted:

[ ]   Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/13/2007
         Date

*James F. Pietschmann* (signature)
James F. Pietschmann

**O'ROURKE INVESTIGATIVE ASSOCIATES, INC.**
**1225 King Street, Suite 400**
**P. O. Box 368**
**Wilmington, DE  19899-0368**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure