IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

J & J SPORTS PRODUCTIONS, : 
INC., :
  :
    Plaintiffs, :
  :
  v. : Civil Action No. 07-439 JJF
  :
JEFFREY D. SORRELS, FIRST :
STATE DINING CORP, :
  :
    Defendants. :

### O R D E R

WHEREAS, this matter has been pending with no activity for over seven (7) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

IT IS HEREBY ORDERED that the Plaintiff show cause in writing within 20 days of the date of this Order why this matter should not be dismissed.

 April 24, 2008                      /s/ Joseph J. Farnan, Jr.
    DATE                              UNITED STATES DISTRICT JUDGE