UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

J & J SPORTS PRODUCTIONS, INC.,

     Plaintiff,

    vs.

JEFFREY DALE SORRELS, individually and
d/b/a Gator's Bar & Restaurant; and FIRST
STATE DINING CORP. d/b/a Gator's Bar &
Restaurant,

     Defendants.

C.A. No:  1:07-CV-00439-JJF

## NOTICE OF DISMISSAL

To the Clerk of Court:

    Please dismiss the complaint against Jeffrey Dale Sorrels and First State Dining Corp. without prejudice.

ARCHER & GREINER, P.C.

By: _____
    Charles J. Brown, III (No. 3368)
    913 Market Street, Suite 1370
    Wilmington, DE 19801
    Phone: 302-777-4350
    Fax: 302-777-4352
    cbrown@archerlaw.com

Dated:  April 25, 2008

*Attorney for Plaintiff*

3267255v1